DIANE TALENT, an Infant, v. CITY OF NEW YORK et al.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.